# EXHIBIT F

Provisionally Filed Under Seal