**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 N. Scottsdale Road, Suite 290
Scottsdale, AZ 85254

Lawrence A. Kasten (State Bar No. 020204)
Direct Dial: (480) 908-1855
Email: lkasten@pswmlaw.com

**WOMBLE BOND DICKINSON LLP**
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004

Allison L. Whitehill (State Bar No. 036339)
Direct Dial: 602.262.0850
Email: allie.whitehill@wbd-us.com

**KING & SPALDING**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

Jeffrey S. Cashdan (admitted *pro hac vice*)
Zachary A. McEntyre (admitted *pro hac vice*)
J. Matthew Brigman (admitted *pro hac vice*)
Allison Hill White (admitted *pro hac vice*)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Elliott Ambrosio and Sierra Trenholm, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Progressive Preferred Insurance Company and Progressive Advanced Insurance Company,<br><br>Defendants. | CASE NO.: 2:22-CV-00342-PHX-SMB<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND DEADLINES** |

1

JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendants have reached a settlement in principle as to Plaintiffs' individual allegations in this case. The parties are in the process of consummating the terms of a settlement agreement and filing a dismissal with prejudice, in light of the Ninth Circuit Court of Appeals' opinion in *Ambrosio v. Progressive Preferred Ins. Co.*, 154 F.4th 1107 (9th Cir. 2025) and its mandate issued on October 29, 2025, *see* Ex. A. The parties therefore request that the Court suspend all pending deadlines in this matter and set a deadline of 60 days for filing a stipulation of dismissal.

Dated: December 1, 2025

| | |
|---|---|
| SHAMIS & GENTILE, PA | PAPETTI SAMUELS WEISS MCKIRGAN LLP |
| */s/ Edwin E. Elliott* | |
| Edwin E. Elliott (admitted *pro hac vice*) | */s/ Jeffrey S. Cashdan* |
| Andrew Shamis | Lawrence A. Kasten |
| 14 Northeast 1st Avenue, Suite 705 | 16430 North Scottsdale Road, Suite 290 |
| Miami, FL 33132 | Scottsdale, AZ 85254 |
| Telephone: (305) 479-2299 | Telephone: (480) 908-1855 |
| edwine@shamisgentile.com | lkasten@pswmlaw.com |
| ashamis@shamisgentile.com | |
| | Allison L. Whitehill |
| Hank Bates (admitted *pro hac vice*) | **WOMBLE BOND DICKINSON LLP** |
| Edwin L. Lowther | 201 East Washington Street, Suite 1200 |
| **CARNEY BATES & PULLIAM PLLC** | Phoenix, AZ 85004 |
| One Allied Drive, Suite 1400 | Telephone: (602) 262-0850 |
| Little Rock, AR 72202 | allie.whitehill@wbd-us.com |
| Telephone: (501) 312-8500 | |
| hbates@cbplaw.com | Jeffrey S. Cashdan (admitted *pro hac vice*) |
| llowther@cbplaw.com | Zachary A. McEntyre (admitted *pro hac vice*) |
| | J. Matthew Brigman (admitted *pro hac vice*) |
| Christopher Gold (admitted *pro hac vice*) | Allison Hill White (admitted *pro hac vice*) |
| Scott A. Edelsberg (admitted *pro hac vice*) | **KING & SPALDING LLP** |
| **EDELSBERG LAW PA** | 1180 Peachtree Street, N.E. |
| 20900 N.E. 30th Avenue, Suite 417 | Atlanta, Georgia 30309 |
| Aventura, FL 33180 | Telephone: (404) 572-4600 |
| Telephone: (561) 789-4413 | Facsimile: (404) 572-5100 |
| chris@chrisgoldlaw.com | jcashdan@kslaw.com |
| scott@edelsberglaw.com | zmcentyre@kslaw.com |

1  Jacob L. Phillips (admitted *pro hac vice*)
   **JACOBSON PHILLIPS PLLC**
2  2277 Lee Road, Suite B
3  Winter Park, FL 32789
   Telephone: (321) 447-6461
4  jacob@jacobsonphillips.com
5
6  *Attorneys for Plaintiffs*

mbrigman@kslaw.com
awhite@kslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan

*Counsel for Defendants*