Andrew Shamis
Edwin E. Elliott (admitted *pro hac vice*)
**SHAMIS & GENTILE, PA**
14 Northeast 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
edwine@shamisgentile.com
ashamis@shamisgentile.com

Hank Bates (admitted *pro hac vice*)
**CARNEY BATES & PULLIAM PLLC**
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
hbates@cbplaw.com

Scott A. Edelsberg (admitted *pro hac vice*)
**EDELSBERG LAW PA**
20900 N.E. 30th Avenue, Suite 417
Aventura, FL 33180
Telephone: (561) 789-4413
scott@edelsberglaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Elliott Ambrosio and Sierra Trenholm, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Progressive Preferred Insurance Company and Progressive Advanced Insurance Company,<br><br>Defendants. | CASE NO.: 2:22-CV-00342-PHX-SMB<br><br>**JOINT STIPULATION OF DISMISSAL** |

1

JOINT STIPULATION OF DISMISSAL

Plaintiffs, Elliott Ambrosio and Sierra Trenholm, and Defendants Progressive Preferred Insurance Company and Progressive Advanced Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiffs, Elliott Ambrosio and Sierra Trenholm, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Dated: January 14, 2026

| SHAMIS & GENTILE, PA | PAPETTI SAMUELS WEISS MCKIRGAN LLP |
|---|---|
| */s/ Andrew J. Shamis*<br>Andrew J. Shamis<br>Edwin E. Elliott (admitted *pro hac vice*)<br>14 Northeast 1st Avenue, Suite 705<br>Miami, FL 33132<br>Telephone: (305) 479-2299<br>edwine@shamisgentile.com<br>ashamis@shamisgentile.com | */s/ Allison Hill White*<br>Lawrence A. Kasten<br>16430 North Scottsdale Road, Suite 290<br>Scottsdale, AZ 85254<br>Telephone: (480) 908-1855<br>lkasten@pswmlaw.com |
| Hank Bates (admitted *pro hac vice*)<br>Edwin L. Lowther<br>**CARNEY BATES & PULLIAM PLLC**<br>One Allied Drive, Suite 1400<br>Little Rock, AR 72202<br>Telephone: (501) 312-8500<br>hbates@cbplaw.com<br>llowther@cbplaw.com | Allison L. Whitehill<br>**WOMBLE BOND DICKINSON LLP**<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>Telephone: (602) 262-0850<br>allie.whitehill@wbd-us.com |
| Scott A. Edelsberg (admitted *pro hac vice*)<br>**EDELSBERG LAW PA**<br>20900 N.E. 30th Avenue, Suite 417<br>Aventura, FL 33180<br>Telephone: (561) 789-4413<br>scott@edelsberglaw.com | Jeffrey S. Cashdan (admitted *pro hac vice*)<br>Zachary A. McEntyre (admitted *pro hac vice*)<br>J. Matthew Brigman (admitted *pro hac vice*)<br>Allison Hill White (admitted *pro hac vice*)<br>**KING & SPALDING LLP**<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br>jcashdan@kslaw.com<br>zmcentyre@kslaw.com<br>mbrigman@kslaw.com<br>awhite@kslaw.com |
| Jacob L. Phillips (admitted *pro hac vice*)<br>**JACOBSON PHILLIPS PLLC**<br>2277 Lee Road, Suite B<br>Winter Park, FL 32789<br>Telephone: (321) 447-6461 | *Attorneys for Defendants* |

jacob@jacobsonphillips.com

*Attorneys for Plaintiffs*

3

JOINT STIPULATION OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s/ Andrew J. Shamis*
Andrew J. Shamis
*Counsel for Plaintiffs*