# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elliott Ambrosio, et al., | No. CV-22-00342-PHX-SMB |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Progressive Preferred Insurance Company, et al., | |
| Defendants. | |

Pursuant to the Parties' Joint Stipulation of Dismissal filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 109) and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The above-captioned action is DISMISSED WITH PREJUDICE as to all claims of Plaintiffs, Elliott Ambrosio and Sierra Trenholm, individually.
2. Each party shall bear its own attorneys' fees and costs.

Dated this 4th day of February, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge